IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRENT WATSON,**

    **Plaintiff,**

**v.**                                                    **CASE NO. 5:11-cv-361-RS-GRJ**

**HUNDUR, LTD.,**

    **Defendant.**

_____/

## ORDER

The relief requested in Plaintiff's Motion to Stay (Doc. 6) is **DENIED**.

**ORDERED** on December 7, 2011.

                                    /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**