**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**BRENT WATSON,**

    **Plaintiff,**

**v.**                                          **CASE NO. 5:11-cv-361-RS-GRJ**

**HUNDUR, LTD.,**

    **Defendant.**
_____/

**ORDER**

The relief requested in Plaintiff's Motion to Stay (Doc. 6) is **DENIED**.

**ORDERED** on December 7, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**