UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENT WATSON,

    Plaintiff,

                                           CASE NO: 5:11-cv-361

vs.

HUNDUR, LTD.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Brent Watson, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Hundur, Ltd., without prejudice, as the parties are exploring an amicable resolution of this matter without additional litigation.

Dated this the 12th day of December 2011.

                                             Respectfully submitted,

                                             /s/ Edward I. Zwilling
                                             Edward I. Zwilling, Esq.
                                             Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:  (205) 822-2701
Facsimile:   (205) 822-2702
Email: ezwilling@szalaw.com